UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL F. MCCARTHY,<br><br>   Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK/MELLON, f/k/a MELLON TRUST OF NEW ENGLAND, NA<br><br>   Defendant. | Civil Action No. 10-10486 |

## CORPORATE DISCLOSURE STATEMENT OF BANK OF NEW YORK MELLON

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court of the District of Massachusetts, Defendant, The Bank of New York Mellon ("BNY Mellon"), incorrectly named in the caption as Bank of New York Mellon, respectfully submits this corporate disclosure statement and states to the Court that the parent corporation of Bank of New York Mellon is The Bank of New York Mellon Corporation.

No publicly held company owns ten percent (10%) or more of the stock of The Bank of New York Mellon.

                Respectfully submitted,

                BANK OF NEW YORK MELLON

                By its attorneys,

                /s/ Samia M. Kirmani
                David J. Kerman (BBO# 269370)
                Samia M. Kirmani (BBO# 634699)
                JACKSON LEWIS LLP
                75 Park Plaza
                Boston, MA 02116
                (617) 367-0025; FAX: (617) 367-2155

Dated: March 22, 2010

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 22nd day of March, 2010, a true and accurate copy of the above document was served upon Plaintiff, appearing *pro se*, Daniel F. McCarthy, 39 Otis Street, Melrose, MA  02176, via first-class mail, postage prepaid.

/s/ Samia M. Kirmani
Jackson Lewis LLP